IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN SCHMIDT,

    Petitioner,

v.                                                                                     CASE NO. 5:08-cv-97-RS-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Petitioner's Motion for Extension of Time to File Reply. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file a reply no later than **September 22, 2008.**

**DONE AND ORDERED** this  *27*$^{th}$  day of August, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**