IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN SCHMIDT,

    Petitioner,

v.  CASE NO. 5:08-cv-97-RS-AK

WALTER A. MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 19, Petitioner's motion to compel.  Apparently, Exhibit D of Respondent's response, which is 36 pages long, was missing from the copy of exhibits mailed to Petitioner.  Respondent should correct this oversight.  The motion to compel is therefore **GRANTED**.  Respondent shall, no later than **September 15, 2008**, serve Exhibit D on Petitioner and file a copy of the certificate of service with the Court.

**DONE AND ORDERED** this 8th day of September, 2008.


        S/A.Kornblum
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**