IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN SCHMIDT,

    Petitioner,

v.                                                                                CASE NO. 5:08-cv-97-RS-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc.25, Petitioner's Motion for Extension of Time to File Reply. Petitioner has already filed a reply the Respondent's response, and the Court discerns of no reason why it needs additional argument from either party on the issues raised in the petition. Having carefully considered the matter, the Court finds the motion is not well taken, and it is **DENIED**.

Petitioner has also moved to compel Respondent to provide him with copies of out-of-state cases allegedly cited in his response to the habeas petition. Doc. 27. As Respondent correctly points out, Doc. 28, the cases Petitioner seeks were not cited by Respondent, and thus, he has no duty to provide Petitioner with copies of those cases. The motion is therefore **DENIED**.

Finally, Petitioner has moved to compel Respondent to serve him with a copy of the appendix to his response. Doc. 26. Previously, Petitioner complained that he did not receive Appendix D to the response, and the Court ordered its re-service. At that time, he did not mention anything about not having received the remainder of the appendix, and the Court finds no reason now to order Respondent to re-serve the entire appendix when Petitioner has already

filed his reply.  This motion is likewise **DENIED**.

**DONE AND ORDERED** this  7th  day of October, 2008.


<u>s/ A. KORNBLUM</u>
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**