IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL KEVIN SCHMIDT,

       Petitioner,

vs.                                  CASE NO. 5:08cv97/RS-AK

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

       Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 35) and Petitioner's Objection to Magistrate's Report and Recommendation (Doc. 38). I have considered Petitioner's objection *de novo*.

**IT IS ORDERED**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied.

3. Petitioner's Motion for Equitable Relief (Doc. 33) is denied.

4. This case is dismissed with prejudice.

5. The clerk is directed to close the file.

**ORDERED** on June 4, 2009.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**